

# JOHN STEINKAMP
## & ASSOCIATES

A Professional Corporation

www.johnsteinkampandassociates.com

March 12, 2021

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

**Client Name:** Joshua Joseph Jordan
**Address:** ███████████████ IN ███
**Social Sec.:** ███████████

To Whom It May Concern:

Please be advised that the consumer debtor/client(s) referenced above has retained the services of this office to assist in the matter of debt relief. The purpose of this letter is to provide you with written notice that our client(s) is in fact and in law represented by this office **for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s).** Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes and contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

**Upon receipt of this letter, any further direct or indirect contacts with our client will result in our office filing a claim against you pursuant to applicable state and/or federal laws.**

Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect.

In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you.

If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

Sincerely,

/s/ John T. Steinkamp
John Steinkamp
Attorney at Law
JTS/kja

**5214 S. East Street, (U.S. 31 South) Suite D1, Indianapolis, Indiana 46227**
Telephone: 317-780-8300     Facsimile: 317-217-1320
A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code


EXHIBIT Group B

**JOHN STEINKAMP**
*& ASSOCIATES*
A Professional Corporation

5214 S. East Street, Suite D1
Indianapolis, IN 46227

NEOPOST     FIRST-CLASS MAIL
03/12/2021
US POSTAGE $000.51⁰

ZIP 46227
041M10282833

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256



# JOHN STEINKAMP
## & ASSOCIATES

A Professional Corporation

www.johnsteinkampandassociates.com

March 15, 2021

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

**Client Name:** Joshua Joseph Jordan
**Address:** ▮▮▮▮▮▮▮▮▮▮ IN ▮▮
**Social Sec.:** ▮▮▮▮▮▮▮

To Whom It May Concern:

Please be advised that the consumer debtor/client(s) referenced above has retained the services of this office to assist in the matter of debt relief. The purpose of this letter is to provide you with written notice that our client(s) is in fact and in law represented by this office **for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s).** Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes and contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

Upon receipt of this letter, any further direct or indirect contacts with our client will result in our office filing a claim against you pursuant to applicable state and/or federal laws.

Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect.

In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you.

If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

Sincerely,

/s/ John T. Steinkamp
John Steinkamp
Attorney at Law
JTS/kja

**5214 S. East Street, (U.S. 31 South) Suite D1, Indianapolis, Indiana 46227**
Telephone: 317-780-8300    Facsimile: 317-217-1320
A debt relief agency helping people file bankruptcy under the U.S. Bankruptcy Code

**JOHN STEINKAMP**
*& ASSOCIATES*
A Professional Corporation

5214 S. East Street, Suite D1
Indianapolis, IN 46227

NEOPOST       FIRST-CLASS MAIL
03/15/2021
US POSTAGE $000.51



ZIP 46227
041M10282833

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256