IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Joshua Jordan,<br>    Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC, a<br>Delaware limited liability company,<br>    Defendant. | No. 1:22-cv-01301-JMS-MJD |

## STIPULATION OF DISMISSAL

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's claims against the Defendant, hereby stipulates to the dismissal of his claims with prejudice.

Dated: November 10, 2022

One of Plaintiff's Attorneys

s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

One of Defendant's Attorneys

s/ Charles J. Maiers w-permission
Charles J. Maiers
Due, Doyle, Fanning & Alderfer, LLP
8440 Allison Pointe Boulevard, Suite 350
Indianapolis, Indiana 46250

The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2022

ENTERED:

_____
Judge, United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2022, a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Charles J. Maiers | cmaiers@duedoyle.com |
| Due, Doyle, Fanning & Alderfer, LLP | |
| 8440 Allison Pointe Boulevard | |
| Suite 350 | |
| Indianapolis, Indiana 46250 | |

| | |
|---|---|
| John T. Steinkamp | john@johnsteinkampandassociates.com |
| John Steinkamp & Associates | |
| 5214 South East Street | |
| Suite D1 | |
| Indianapolis, Indiana 46227 | |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com